IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANTHONY CREEL                                                                           PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 4:03cv271LN

M & B RAILROAD, L.L.C. and
RAIL MANAGEMENT CORPORATION                                                  DEFENDANTS

### AGREED ORDER OF DISMISSAL

THIS DAY this cause came on to be heard upon the joint motion, *ore tenus*, of the Plaintiff and Defendants, by and through counsel of record, requesting dismissal of the above styled and numbered cause with prejudice. For good cause and being advised that the parties are in agreement, the Court is of the opinion that said motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED that the above styled and numbered cause of action be and is hereby dismissed with prejudice with each party to bear their own respective costs.

SO ORDERED on this the ___11^TH___ day of January, 2005.

_____
TOM S. LEE
UNITED STATES DISTRICT JUDGE

AGREED:

_____
William E. Ready, Jr. (MS Bar No. 4676)
Attorney for Plaintiff

_____
Timothy W. Lindsay (MS Bar No. 1262)
Attorney for Defendants